UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND INVESTMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HELENA CHEMICAL COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00688-MCE-KJN<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>*[FILED CONCURRENTLY WITH NOTICE OF JOINT APPLICATION AND JOINT APPLICATION, MEMORANDUM OF POINTS AND AUTHROITIES, DECLARATION]*<br><br>Judge: Hon. Morrison C. England |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendant Helena Agri-Enterprises LLC and Plaintiff Raymond Investment Corporation (collectively "Parties") have applied to modify this Court's Scheduling Order to allow an additional 45 days to complete dispositive motions. Having considered all papers submitted in support of the request, the Court HEREBY MODIFIES the Scheduling Order (Dkt. No. 2) as follows:

The dispositive motion deadline is hereby extended from September 26, 2018 to November 12, 2018.

IT IS SO ORDERED.

Dated: September 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE