GEORGE J. GIGOUNAS (Bar No. 209334)
george.gigounas@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501

KIMBERLY S. HYDE (Bar No. 274623)
kimberly.hyde@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
HELENA AGRI-ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND INVESTMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HELENA CHEMICAL COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-00688-MCE-KJN<br><br>**ORDER MODIFYING SCHEDULING ORDER AND MINUTE ORDER**<br><br>*[FILED CONCURRENTLY WITH NOTICE OF JOINT APPLICATION AND JOINT APPLICATION, MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION]*<br><br>Judge: Hon. Morrison England |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Defendant Helena Agri-Enterprises LLC and Plaintiff Raymond Investment Corporation (collectively "Parties") have applied to modify this Court's Scheduling Order to allow an additional 30 days to complete dispositive motions. Having considered all papers submitted in support of the request, the Court HEREBY MODIFIES the Scheduling Order (Dkt. No. 2) and the Minute Order modifying the Scheduling Order (Dkt. No. 18) as follows:

(1) The dispositive motion deadline is hereby extended from November 12, 2018, to December 12, 2018.

(2) The briefing deadlines pertaining to Raymond's outstanding Motion for Summary Judgment are hereby extended by 30 days.

(3) Fact discovery is hereby reopened for the limited purpose of allowing Helena to depose a representative of Condor Earth, John Lane, regarding Condor Earth's October 3, 2018, Site Investigation and Well Installation Report.

IT IS SO ORDERED.

Dated: October 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE